**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CM REGENT INSURANCE GROUP, a/s/o SOUTHEAST DELCO SCHOOL DISTRICT,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **WELLS FARGO BANK, N.A.,** ***Defendant.*** | : | **No. 26-cv-4854** |

**ORDER**

**AND NOW,** this **15th** day of **September 2026**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 14), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (ECF No. 15), Defendant's Reply in Further Support of its Motion to Dismiss (ECF No. 16), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 14) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion.
2. The Complaint (ECF No. 4) is **DISMISSED without prejudice**.
3. Plaintiff may file an amended complaint within thirty (30) days of the date of this Order, on or before **October 15, 2026**. After thirty (30) days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**